Daniel J. Kelly (Bar No. 145088)
TUCKER ELLIS & WEST LLP
135 Main Street, Suite 700
San Francisco, California 94105
Telephone: (415) 617-2400
Facsimile: (415) 617-2409
Email: daniel.kelly@tuckerellis.com

Attorneys for Defendant
NORTHROP GRUMMAN SHIPBUILDING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGIA ALLEN, et al.,<br><br>Plaintiffs,<br>v.<br><br>CROWN CORK & SEAL COMPANY, INC., et al.,<br><br>Defendants. | Case No. 4:10-cv-03951-WHA<br><br>SUBSTITUTION OF ATTORNEY |

Defendant Northrop Grumman Shipbuilding, Inc., hereby substitutes retained counsel Daniel J. Kelly (Bar No. 145088) of Tucker Ellis & West LLP, 135 Main Street, Suite 700, San Francisco, California 94105, Telephone: (415) 617-2400, Facsimile: (415) 617-2409, Email: daniel.kelly@tuckerellis.com as attorney of record in place and stead of Daniel S. LaCount and Robert D. Tobey of Haight Brown & Bonesteel LLP.

Dated: September 20, 2010

NORTHROP GRUMMAN SHIPBUILDING, INC.

By: ______________________
Julie A. Arizpe

///

///

///

I consent to the above substitution.

Dated: September 20, 2010

HAIGHT BROWN & BONESTEEL LLP

By: ______________________

Robert D. Tobey
Daniel S. LaCount
Present Attorneys for Defendant
NORTHROP GRUMMAN SHIPBUILDING, INC.

I am duly admitted to practice in this District and accept the above substitution.

Dated: September 20, 2010

TUCKER ELLIS & WEST LLP

By: ______________________

Daniel J. Kelly
New Attorneys for Defendant
NORTHROP GRUMMAN SHIPBUILDING, INC.

**Substitution of Attorney is hereby approved.**

Dated: September 30, 2010.

______________________
WILLIAM ALSUP
UNITED STATES DISTRICT COURT