IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA ALLEN, *et al.*, | No. C 10-03951 WHA |
| Plaintiffs, | |
| v. | **ORDER REGARDING RECENTLY FILED STIPULATION ON "MOTION TO QUASH"** |
| CROWN CORK & SEAL COMPANY, INC., *et al.*, | |
| Defendants. | |

    The undersigned judge will not sign the stipulation between plaintiffs and defendant Farrell Lines Incorporated asking the Court to grant a purported motion to quash service of summons. *There is no pending motion to quash service of summons* on the docket. While there might have been such a motion pending in San Francisco Superior Court, this action was removed to the Federal District Court for the Northern District of California on September 9, 2010. The only motion properly before *this* court is a pending motion to remand.

    **IT IS SO ORDERED.**

Dated: October 7, 2010.

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE